**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER  13 |
| Carmelita P Zarola | : | |
| | : | CASE NO.  5 - 19 -bk- 01677-RNO |
| | : | |
| **Debtor(s)** | : | |
| NRZ Pass-Through Trust II, U.S. Bank National Association as trustee c/o Fay Services, LLC | : | ADVERSARY NO.  __-__-ap-_____ (if applicable) |
| **Plaintiff(s)/Movant(s)** | : | |
| vs. | : | Nature of Proceeding: 09/05/2019 |
| Carmelita P Zarola and Dominick Zarola (Non-filing Co-Debtor) | : | Pleading: Motion for Relief |
| **Defendant(s)/Respondent(s)** | : | Document #: 33 |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST***

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☑ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
 ☐ Thirty (30) days.
 ☑ Forty-five (45) days.
 ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 09/03/2019          /s/ Danielle Boyle-Ebersole, Esquire
                                            Attorney for Movant

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.