```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 19-01677-RNO
Carmelita P Zarola                                                  Chapter 13
      Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: KADavis          Page 1 of 1          Date Rcvd: Sep 04, 2019
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2019.
              +Mr Dominick Zarola,    130 Waller Street,    Wilkes-Barre, PA 18702-3466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                              Signature:  /s/Joseph Speetjens

---

                         **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Danielle Boyle-Ebersole     on behalf of Creditor    NRZ Pass-Through Trust II, U.S. Bank National
               Association as trustee c/o Fay Services, LLC debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
              James  Warmbrodt     on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Kevin M Walsh    on behalf of Debtor 1 Carmelita P Zarola KMWesq@aol.com,   law297@aol.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

Case 5:19-bk-01677-RNO    Doc 41    Filed 09/06/19    Entered 09/07/19 00:39:11    Desc
                     Imaged Certificate of Notice    Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| **Carmelita P Zarola** | | Chapter: | 13 |
| | Debtor(s) | Case No: | 5-19-bk-01677 RNO |
| **NRZ Pass-Through Trust II, U.S. Bank National Association as trustee c/o Fay Services, LLC** | | Document No.: | 33 |
| vs. | Movant(s) | Nature of Proceeding: | **Motion for Relief from Automatic Stay** |
| **Carmelita P Zarola and Dominick Zarola (Non-filing Co-Debtor))** | Respondent(s) | | |

## ORDER STIPULATION DUE

Upon consideration of the Request to Remove from the Hearing/Trial List filed by the parties indicating that a settlement has been reached and a stipulation will be filed, it is hereby

**ORDERED**, if a stipulation or a request to relist matter for hearing/trial is not filed by October 18, 2019, the Court may deny this Motion without further notice.

**FURTHER ORDERED** that the hearing/trial previously scheduled on the Motion for Relief from Automatic Stay for September 5, 2019, is hereby CANCELED.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(PAR)

September 4, 2019

Order Stip Due or Relist – Revised 4/18