```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 19-01677-RNO
Carmelita P Zarola                                              Chapter 13
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0314-5          User: KADavis            Page 1 of 1            Date Rcvd: Sep 25, 2019
                              Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2019.
          +Mr Dominick Zarola,    130 Waller Street,    Wilkes-Barre, PA 18702-3466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Danielle Boyle-Ebersole    on behalf of Creditor    NRZ Pass-Through Trust II, U.S. Bank National
               Association as trustee c/o Fay Services, LLC debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
              James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Kevin M Walsh    on behalf of Debtor 1 Carmelita P Zarola KMWesq@aol.com,  law297@aol.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 5:19-bk-01677-RNO |
| Carmelita P Zarola | : Chapter 13 |
|     Debtor | : |
| | : |
| NRZ Pass-Through Trust II, U.S. Bank National Association as trustee c/o Fay Servicing, LLC | : |
|     Movant | : |
| vs. | : |
| Carmelita P Zarola and Dominick Zarola (Non-filing Co-Debtor) | : |
|     Debtors/Respondents | : |
| and | : |
| Charles J. DeHart, III, Esquire | : |
|     Trustee/Respondent | : |

## ORDER

And Now, it is hereby ORDERED that the Stipulation between the parties is approved.

Dated: September 25, 2019

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)