UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Carmelita P. Zarola, | : | Chapter 13 Bankruptcy |
| Debtor | : | CASE NO. 5-19-01677 |
| Toyota Motor Credit Corporation, | : | |
| Movant | : | 11 U.S.C. §362 |
| vs. | : | |
| Carmelita P. Zarola and Charles J. DeHart, III, Esquire, | : | |
| Respondents | : | |

# ANSWER TO
# MOTION OF TOYOTA MOTOR CREDIT CORPORATION
# FOR RELIEF FROM STAY

The Debtor, by and through her counsel, Kevin M. Walsh, Esquire, answers the Motion for Relief from Stay regarding a 2017 Toyota Camry, as follows:

1-14. The 2017 Toyota lease agreement was paid and the motor vehicle has been returned.

WHEREFORE, Debtor objects to the relief being requested.

Debtor does not oppose relief being granted, if Movant needs relief, to take possession of the 2017 Camry.

/s/Kevin M. Walsh
Kevin M. Walsh, Esquire
Attorney I.D. No. 35209
Attorney for Debtor
297-299 Pierce Street
Kingston, PA 18704
(570) 283-3041

# CERTIFICATE OF SERVICE

I, Kevin M. Walsh, Esquire, certify that a true and correct copy of the foregoing was forwarded to the below named on the 8th day of September, 2020, as follows:

**Charles J. DeHart, III, Esquire**
**Standing Chapter 13 Trustee**
**8125 Adams Drive, Suite A**           -           **By Clerk's Notice of Electronic Filing**
**Hummelstown, PA  17036**

**Fred W. Freitag, IV, Esquire**
**Leopold & Associates, PLLC**
**80 Business Park Drive**               -           **By Clerk's Notice of Electronic Filing**
**Suite 110**
**Armonk, NY 10504**

**Carmelita P. Zarola**
**130 Waller Street**                    -           **By U.S. First Class Mail, Postage Prepaid**
**Wilkes-Barre, PA  18702**

/s/Kevin M. Walsh
Kevin M. Walsh, Esquire
Attorney I.D. No. 35209
Attorney for Debtor
297-299 Pierce Street
Kingston, PA  18704
(570) 283-3041