United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 19-01677-RNO
Carmelita P Zarola     Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Nov 20, 2020     Form ID: trc     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5196975 | NRZ Pass-Through Trust II , U.S. Bank National Ass, Fay Servicing, LLC, PO Box 814609, Dallas, TX 753814609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Danielle Boyle-Ebersole | on behalf of Creditor NRZ Pass-Through Trust II  U.S. Bank National Association as trustee c/o Fay Services, LLC debersole@hoflawgroup.com, pfranz@hoflawgroup.com |
| Fred W Freitag, IV | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION fwfreitagiv@gmail.com LeopoldAssociatesPAX6428@projects.filevine.com |
| James Warmbrodt | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| Kevin M Walsh | on behalf of Debtor 1 Carmelita P Zarola KMWesq@aol.com  law297@aol.com |
| Robert Joseph Davidow | on behalf of Creditor NRZ Pass-Through Trust II  U.S. Bank National Association as trustee r.davidow@mgplaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-01677-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Carmelita P Zarola
130 Waller Street
Wilkes Barre PA 18702

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/20/2020.

Name and Address of Alleged Transferor(s):

Claim No. 1: NRZ Pass-Through Trust II , U.S. Bank National Ass, Fay Servicing, LLC, PO Box 814609, Dallas, TX 753814609

Name and Address of Transferee:

U.S. Bank National Association
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
U.S. Bank National Association
Fay Servicing, LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/22/20

Terrence S. Miller
**CLERK OF THE COURT**