United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 19-01677-RNO
Carmelita P Zarola     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Jan 29, 2021     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2021:**

**Recip ID**     **Recipient Name and Address**
+ Robert P Wendt Esquire, Leopold and Associates PLLC, 80 Business Park Drive Suite 110, Armonk, NY 10504-1704

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2021 at the address(es) listed below:

**Name**     **Email Address**

Charles J DeHart, III (Trustee)
    TWecf@pamd13trustee.com

Danielle Boyle-Ebersole
    on behalf of Creditor NRZ Pass-Through Trust II U.S. Bank National Association as trustee c/o Fay Services, LLC dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com

Fred W Freitag, IV
    on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION fwfreitagiv@gmail.com LeopoldAssociatesPAX6428@projects.filevine.com

James Warmbrodt
    on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

Kevin M Walsh
    on behalf of Debtor 1 Carmelita P Zarola KMWesq@aol.com law297@aol.com

Robert Joseph Davidow     on behalf of Creditor NRZ Pass-Through Trust II   U.S. Bank National Association as trustee r.davidow@mgplaw.com

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| IN RE: | BK NO.: 19-bk-01677-RNO |
| Carmelita P. Zarola, | CHAPTER 13 |
| Debtors(s) | |

**ORDER OF THE COURT**

The Court has considered the Joint Motion to Withdraw the Appearance of Fred W Freitag, IV and Enter the Appearance of Robert Wendt, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the appearance of Fred W. Freitag, IV as attorney of record is WITHDRAWN; and it is further;

ORDERED, that the appearance of Robert Wendt is ENTERED as counsel of record for Toyota Motor Credit Corporation.

Dated: January 29, 2021

By the Court,

_Robt N. Opel II_
Robert N. Opel, II, Bankruptcy Judge (DG)

Carmelita Zarola
130 Waller Street
Wilkes-Barre, Pa 18702

Kevin M. Walsh, Esq.
Attorney for Debtor
297-299 Pierce Street
Kingston, PA 18704

Charles J. DeHart, III
Chapter 13 Trustee
8125 Adams Drive - Suite A
Hummelstown, PA 17036

US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Leopold & Associates, PLLC
80 Business Park Drive - Suite 100
Armonk, NY 10504