United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 19-01677-RNO

Carmelita P Zarola     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Mar 11, 2021     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2021:**

**Recip ID     Recipient Name and Address**
   +   MR DOMINICK ZAROLA, 130 WALLER STREET, WILKES-BARRE, PA 18702-3466

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:

**Name**     **Email Address**

Bradley J Osborne
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust XVIII bosborne@hoflawgroup.com

Charles J DeHart, III (Trustee)
    TWecf@pamd13trustee.com

Danielle Boyle-Ebersole
    on behalf of Creditor NRZ Pass-Through Trust II U.S. Bank National Association as trustee c/o Fay Services, LLC dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com

James Warmbrodt
    on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

Kevin M Walsh
    on behalf of Debtor 1 Carmelita P Zarola KMWesq@aol.com law297@aol.com

| | |
|---|---|
| Robert Joseph Davidow | on behalf of Creditor NRZ Pass-Through Trust II U.S. Bank National Association as trustee r.davidow@mgplaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Carmelita P Zarola<br>    Debtor | : Bankruptcy No. 5:19-bk-01677-RNO<br>: Chapter 13<br>:<br>: |
| U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust XVIII c/o Fay Services, LLC<br>    Movant<br>  vs.<br>Carmelita P Zarola and Dominick Zarola (Non-filing Co-Debtor)<br>    Debtors/Respondents<br>  and<br>Charles J. DeHart, III, Esquire<br>    Trustee/Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, upon the consideration of U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust XVIII c/o Fay Services, LLC's
("Movant") Certification of Default, it is hereby:

ORDERED THAT: the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified and lifted with respect to the property located at 130 Waller Street, Wilkes Barre, PA 18702.

Dated: March 10, 2021

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge (DG)