United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-01677-MJC

Carmelita P Zarola  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 2
Date Rcvd: Oct 06, 2021  Form ID: ordsmiss  Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carmelita P Zarola, 130 Waller Street, Wilkes Barre, PA 18702-3466 |
| aty | + | Robert P. Wendt, Leopold & Associates, 80 Business Park Drive, Suite 110, Armonk, NY 10504-1704 |
| cr | | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | TOYOTA MOTOR CREDIT CORPORATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | | U.S. Bank National Association, not in its individ, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5188508 | + | NRZ Pass-Through Trust II, 60 Livingston: EP-MN-WS3D, Saint Paul, MN 55107-2292 |
| 5191900 | + | NRZ Pass-Through Trust II , U.S. Bank National Ass, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 5196975 | | NRZ Pass-Through Trust II , U.S. Bank National Ass, Fay Servicing, LLC, PO Box 814609, Dallas, TX 753814609 |
| 5215545 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5374817 | | U.S. Bank National Association, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 5374818 | + | U.S. Bank National Association, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609, U.S. Bank National Association Fay Servicing, LLC 75381-4609 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Oct 06 2021 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5188507 | + | EDI: CITICORP.COM | Oct 06 2021 22:43:00 | Citibank N A, 701 East 60th St N, Sioux Falls, SD 57104-0493 |
| 5188506 | | EDI: JPMORGANCHASE | Oct 06 2021 22:43:00 | Chase Bank USA NA, 3700 Wiseman Blvd, San Antonio, TX 78251 |
| 5215280 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2021 18:46:25 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5188984 | + | EDI: RMSC.COM | Oct 06 2021 22:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5188509 | | EDI: TFSR.COM | Oct 06 2021 22:43:00 | Toyota Motor Credit, 5005 N River Blvd NE, Cedar Rapids, IA 52411-5634 |
| 5378982 | | EDI: BL-BECKET.COM | Oct 06 2021 22:43:00 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | NRZ Pass-Through Trust II , U.S. Bank National Ass, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |

| District/off: 0314-5 | User: AutoDocke | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 06, 2021 | Form ID: ordsmiss | Total Noticed: 18 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley J Osborne | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust XVIII bosborne@hoflawgroup.com, pfranz@hoflawgroup.com |
| Danielle Boyle-Ebersole | on behalf of Creditor NRZ Pass-Through Trust II  U.S. Bank National Association as trustee c/o Fay Services, LLC dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| Kevin M Walsh | on behalf of Debtor 1 Carmelita P Zarola KMWesq@aol.com  law297@aol.com |
| Robert Joseph Davidow | on behalf of Creditor NRZ Pass-Through Trust II   U.S. Bank National Association as trustee r.davidow@mgplaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Carmelita P Zarola,                          Chapter     13

    **Debtor 1**

                                                     Case No.     5:19−bk−01677−MJC

## **Order**

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: October 6, 2021                                            By the Court,

                                                                    Honorable Mark J. Conway
                                                                    United States Bankruptcy Judge
                                                                    By: KarenDavis, Deputy Clerk

ordsmiss (05/18)